# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANE MACLEOD, PERSONALLY,
AND AS THE SUCCESSION
REPRESENTATIVE FOR THE
SUCCESSION OF KEN PARSONS,
AND HAROLD PARSONS,
INDIVIDUALLY

VERSUS

ELIODORO DELALUZ, JR., RAPID
LEASING TRUCKING, L.L.C.,
LEANA NICOLE MCCREA, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND UNITED
WISCONSIN INSURANCE COMPANY

NO.  2025 CW 0609

OCTOBER 23, 2025

---

In Re:    Old Republic Insurance Company of Canada, applying for
          supervisory writs, 21st Judicial District Court, Parish
          of Livingston, No. 167864.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include copies of Exhibit D, Affidavit of Round the Lakes Motor Express, Inc., Exhibit E, Bridgestone Americas Tire Operations, LLC's Responses to Requests for Production of Documents, the judgment complained of, and a signed copy of the original return date order, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (8)-(9) & (11). This court also requires a copy of all evidence admitted at the trial court.

Further, the court requests relator provide the court with copies of the cited Ontario cases and law in accordance with Uniform Rules of Louisiana Courts of Appeal, Rule 2-15.4.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show this writ application was timely and the missing information referenced above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 24, 2025, and must contain a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT